No. 1381. KRELL *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 1387. WILLIAMS *v.* NIERSTHEIMER, WARDEN. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois. June 2, 1947. Denied.